RECEIVED
IN MONROE, LA
MAY 1 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 04-30009 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| ANTOINE SMITH | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 85], together with the written objection thereto filed with this Court [Doc. No. 86], and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Vacate, Set Aside, or Reduce Sentence [Doc. No. 82] is DENIED.

MONROE, LOUISIANA, this 16 day of May, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE