
RECEIVED
IN MONROE, LA
NOV 1 7 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 04-30009 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ANTOINE SMITH | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

Pursuant to 18 U.S.C. § 3582(c)(2), which provides for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission under 28 U.S.C. § 994(u), the Court has considered whether Defendant's sentence of imprisonment should be reduced because of the recent amendments to the United States Sentencing Guidelines for crack cocaine.

Defendant in this matter was previously sentenced to a statutory minimum of 120 months imprisonment on Count 1 and a statutorily-mandated 60 month sentence on Count 2, to run consecutively with Count 1. Therefore, in an August 6, 2008 Order, the Court indicated that it did not intend to reduce Defendant's sentence of imprisonment. In that Order, the Court also appointed the Office of the Federal Public Defender to represent Defendant. The Government and the Federal Public Defender were ordered to file any objections within sixty (60) days. The Government has responded, does not object to the Court's determination, and waives any hearing.

However, on October 8, 2008, Betty Marak, Assistant Federal Public Defender, filed a Motion to Withdraw from representation of Defendant. In her motion, counsel stated that she found

no meritorious reasons for objections, but that Defendant wished to file his own objections. Accordingly, on October 9, 2008, the Court granted counsel's motion, allowed Ms. Marak to withdraw, and extended the deadline for objections for thirty (30) days to November 10, 2008.[1] Defendant failed to file timely objections.

The Court finds that Defendant is not entitled to a reduction in his term of imprisonment. Accordingly,

IT IS ORDERED that Defendant shall serve the term of imprisonment previously imposed: a statutory minimum of 120 months imprisonment on Count 1 and statutory minimum of 60 months imprisonment on Count 2, to run consecutively with Count 1.

MONROE, LOUISIANA, this 17th day of November, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

---

[1] The thirty-day deadline falls on November 8, 2008, a Saturday, so Smith's objections were due the next business day, Monday, November 10, 2008.